## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DEREK BRASWELL,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Case No. CIV-24-471-RAW-DES |
| ) | |
| **TOWN OF HULBERT and** ) | |
| **COLTON COBLE,** ) | |
| ) | |
| Defendants. ) | |

### ORDER

Before the court is the Report and Recommendation of the United States Magistrate Judge, in which he recommended that the motion to dismiss of defendant Town of Hulbert be granted.

No objection has been filed and the time allotted for doing so has expired. "In the absence of a timely objection, the district court may review a magistrate's report under any standard it deems appropriate." *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir.1991). The court agrees with the reasoning of the Magistrate Judge's analysis and recommendation and finds that "there is no clear error on the face of the record." *See* Rule 72(b) F.R.Cv.P., advisory committee note.

It is the order of the court that the Report and Recommendation (#24) is affirmed and adopted as the order of the court.  Defendant's motion to dismiss (#11) is granted.  Town of Hulbert is dismissed as a party defendant.  Count I remains pending against defendant Coble in his individual capacity.

**IT IS SO ORDERED** this 4th day of SEPTEMBER, 2025.

_____
**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**